UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD McCALLION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | No.  2:13-cv-1595 CKD PS<br><br><br>ORDER |

By order filed August 12, 2013, plaintiff was directed to file a Consent to Assignment or Request for Reassignment form within ninety days. Plaintiff has failed to timely file the requisite form.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to serve plaintiff with a copy of the Consent to Assignment or Request for Reassignment form used in social security cases.

2. No later than November 19, 2013, plaintiff shall file the Consent to Assignment or Request for Reassignment consent/decline to consent form.

/////

/////

/////

1

3. Plaintiff is reminded that under the scheduling order, plaintiff's motion for summary judgment must be filed within forty-five days of the lodging of the administrative transcript.

Dated: November 7, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 mccallion.consent.plaintiff