UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD McCALLION,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | No. 2:13-cv-1595 CKD PS<br><br><br><u>ORDER TO SHOW CAUSE</u> |

      Defendant has filed an answer in this action. Pursuant to the scheduling order, the time has now passed for plaintiff to file a motion for summary judgment and/or motion for remand. The parties were advised in the scheduling order that the court is not responsible for reminding them of scheduling deadlines and that failure to adhere to the schedule may result in sanctions, including dismissal. L.R. 110. Plaintiff also was advised that plaintiff has an affirmative duty to prosecute this action, and that failure to do so may result in a dismissal for lack of prosecution. Fed. R. Civ. P. 41(b).

/////

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, in writing, no later
2  than fourteen days from the date of this order, why this action should not be dismissed for failure
3  to prosecute.

Dated: February 5, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

mccallion.ss.osc.nomsj