UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD McCALLION,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | No. 2:13-cv-1595 CKD PS<br><br><br><br>ORDER |

      Plaintiff was ordered to show cause why this action should not be dismissed for failure to prosecute. Plaintiff, proceeding pro se, has filed a response wherein he states that he contacted his former attorney after receipt of the order to show cause and would like to have more time to file his motion for summary judgment. Plaintiff contends he is not educated enough to prosecute this action on his own behalf without legal assistance. Plaintiff asserts that he has been diagnosed with Charcot-Marie-Tooth disease, which is a form of peroneal muscular atrophy. The ALJ's decision at issue in this action is dated November 23, 2011. Administrative Transcript ("AT") 21. Plaintiff concedes that he may not be eligible for benefits during the time adjudicated by the ALJ, but feels that due to his present diagnosis, he may be currently eligible for benefits.

/////

/////

1

This court can review only the final decision of the Commissioner and cannot award benefits for a time period post-dating the ALJ's decision.  Any request for benefits for a later time period based on plaintiff's changed medical condition must be addressed to the Commissioner.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause (ECF No. 16) is discharged.

2. Plaintiff shall file a motion for summary judgment or request for dismissal no later than March 21, 2014.

Dated: February 24, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

mccallion.ss.osc.dis

2