UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD McCALLION,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No.  2:13-cv-1595 CKD PS<br><br><br><br>ORDER |

By order filed February 24, 2014, plaintiff was directed to file a motion for summary judgment or request for dismissal no later than March 21, 2014.  In response, plaintiff filed neither but requested appointment of counsel.  As previously noted in the court's prior orders, plaintiff asserts that he has been diagnosed with Charcot-Marie-Tooth disease, which is a form of peroneal muscular atrophy.  The ALJ's decision at issue in this action is dated November 23, 2011.  Administrative Transcript ("AT") 21.  Plaintiff concedes that he may not be eligible for benefits during the time adjudicated by the ALJ, but feels that due to his present diagnosis, he may be currently eligible for benefits.  This court can review only the final decision of the Commissioner and cannot award benefits for a time period post-dating the ALJ's decision.  Any request for benefits for a later time period based on plaintiff's changed medical condition must be addressed to the Commissioner.

The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

Plaintiff will be granted one final extension of time to file a motion for summary judgment. Failure to timely file a motion for summary judgment will result in dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for appointment of counsel (ECF No. 19) is denied.

2. Plaintiff shall file a motion for summary judgment no later than April 17, 2014.

Dated: April 4, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

mccallion.ss.cou

2